

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2020

No. 04-19-00869-CR

**EX PARTE RICARDO GONZALES**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13554
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On March 13, 2020, we struck appellant's brief and ordered him to file an amended brief that complies with Texas Rule of Appellate Procedure 38.1 by April 13, 2020. Appellant did not file an amended brief. On April 16, 2020, appellant requested an extension of time to file the amended brief until April 23, 2020. After consideration, we **GRANT** the requested extension and **ORDER** appellant to file his amended brief **by April 23, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court